

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 13, 2021**

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SENIOR CARE CENTERS, LLC**, *et al.*, | Case No. 18-33967-sgj |
| Debtors. | (Jointly Administered) |
| **ALAN D. HALPERIN**, as Unsecured Creditor Trustee, | |
| Plaintiff, | |
| v. | Adversary No. 20-03176 |
| **B & C INVESTMENTS, LLC,** | |
| Defendant. | |

## CONSENT JUDGMENT

This matter is before the Court on the Plaintiff's Amended Complaint [Docket No. 5] (the "Complaint") against Defendant B & C Investments, LLC (the "Defendant"). Pursuant to 11 U.S.C. §§ 544, 547, 548 and 550 and TUFTA § 24.001 *et seq.*, the Plaintiff commenced this adversary proceeding for the purpose of avoiding and recovering a transfer in the amount of $1,090,136.99 (the "Transfer"). It appearing that the Plaintiff and the Defendant consent to the relief requested in the Complaint; it is

_____
**CONSENT JUDGMENT**                                                                                     **Page 1**

HEREBY ORDERED that the Transfer is avoided pursuant to 11 U.S.C. § 548; and it is

FURTHER ORDERED that a judgment is entered against Defendant in the total amount of $1,090,136.99, with post-judgment interest accruing at the legal rate; and it is

FURTHER ORDERED that Plaintiff shall be entitled to take all actions allowable under law to enforce this Consent Judgment.

### END OF ORDER ###

**Consented to by:**

By: */s/ John D. Elrod*
John D. Elrod
**GREENBERG TRAURIG, LLP**
Terminus 200, Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305
(678) 553-2259
(678) 553-2269
*ElrodJ@gtlaw.com*

**COUNSEL FOR PLAINTIFF**

- and -

By: */s/ Seth Sloane*
Vickie L. Driver
Seth Sloane
**CROWE & DUNLEVY, LLP**
2525 McKinnon Street, Suite 425
Dallas, Texas 75201
(214) 420-2142 Telephone
(214) 736-1747 Facsimile
Vickie.Driver@crowedunlevy.com
Seth.Sloan@crowedunlevy.com

**COUNSEL FOR DEFENDANT B & C INVESTMENTS, LLC**